IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

```
SOUTHERN DISTRICT OF MISSISSIPPI
           FILED

        FEB 25 2026

        ARTHUR JOHNSTON
BY_____ DEPUTY
```

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:26cr33 HSO-BWR

NATHANIEL SCHMUECKER                        18 U.S.C. § 2252(a)(2) and (b)(1)
                                                            18 U.S.C. § 2252(a)(4)(B) and (b)(2)

**The Grand Jury charges:**

COUNT 1

Beginning on or about October 19, 2025, and continuing through on or about November 3, 2025, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **NATHANIEL SCHMUECKER**, did knowingly distribute any visual depiction using any means or facility of interstate and foreign commerce, that had been shipped and transported, in and affecting interstate and foreign commerce, and which contained materials that had been so shipped and transported, by any means, including by computer, and the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct, and such visual depiction was of such conduct, specifically: the defendant, distributed via the Internet and interstate or foreign commerce, at least one visual depiction that the defendant then knew was a visual depiction the producing of which involved the use of a minor engaged in sexually explicit conduct, and was of such conduct, as defined in Title 18, United States Code, Section 2256.

All in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

COUNT 2

On or about January 27, 2026, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **NATHANIEL SCHMUECKER**, did knowingly possess one or more matters that contained any visual depiction, using any means or facility of interstate or foreign commerce, including by computer, or that had been mailed, shipped, or transported in interstate or foreign commerce, or which was produced using materials that had been

so mailed, shipped, or transported, the production of which involved one or more minors, to include a prepubescent minor or a minor who had not attained 12 years of age, engaging in sexually explicit conduct and the depiction was of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(4)(B).

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offense.

Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Title 18, United States Code, Sections 2253(a)(2) and (3).

J.E. BAXTER KRUGER
United States Attorney

A TRUE BILL:

s/signature redacted

Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the ___25th___ day of February 2026.

UNITED STATES MAGISTRATE JUDGE

2