IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                          CRIMINAL NO. 1:26cr33 HSD-BWR

NATHANIEL SCHMUECKER

<u>NOTICE OF MAXIMUM PENALTY</u>

**Count 1:**                          **Distribution of Images of Minors Engaging in Sexually Explicit Conduct**
18 U.S.C. § 2252(a)(2) and (b)(1)

- Not less than five (5) years and not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment

If defendant is determined to have a qualifying prior conviction under federal sexual exploitation statues, military, or any State law to include aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, all as set forth in 18 U.S.C. § 2252(b)(1), then:

Not less than fifteen (15) years nor more than forty (40) years of imprisonment
Not more than $250,000 fine
Not less than five (5) years, up to life supervised release
$100 special assessment

**Count 2:**                          **Possession of any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct**
18 U.S.C. § 2252(a)(4)(B) and (b)(2)

- Not more than twenty (20) years of imprisonment
- Not more than a $250,000 fine
- Not less than five (5) years, up to life, supervised release
- $100 special assessment

If defendant is determined to have a qualifying prior conviction under federal sexual exploitation statues, military law, or any State

law to include aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor, all as set forth in 18 U.S.C. §2252(b)(2), then:

- Not less than ten (10) years nor more than twenty (20) years of imprisonment
- Not more than $250,000 fine
- Not less than five (5) years, up to life supervised release
- $100 special assessment