SOUTHERN DISTRICT OF MISSISSIPPI
**F I L E D**

**FEB 25 2026**

ARTHUR JOHNSTON
BY_____ DEPUTY

**CRIMINAL CASE COVER SHEET**
**U.S. District Court**
PLACE OF OFFENSE:

CITY: _____

COUNTY: Harrison _____

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 1:26cc33 HSD-BWR
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER 1:26mj528-RPM _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES  X  NO

MATTER TO BE SEALED: ____ YES  X  NO

NAME/ALIAS:    NATHANIEL SCHMUECKER _____

**U.S. ATTORNEY INFORMATION:**

AUSA   Lee Smith _____    BAR # 106061 _____

INTERPRETER:  X  NO  _____ YES  LIST LANGUAGE AND/OR DIALECT:_____

**LOCATION STATUS:**    ARREST DATE 1-28-26 _____

X  ALREADY IN FEDERAL CUSTODY AS OF 1-28-26 _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: 2 _____    _____ PETTY  _____ MISDEMEANOR   2  FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1    18:2252.F | 18 U.S.C. § 2252(a)(2) and (b)(1) | Distribution of Images of Minors Engaging in Sexually Explicit Conduct. | 1 |
| Set 2    18:2252.F | 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of any Visual Depiction of a Minor Engaging in Sexually Explicit Conduct | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

SIGNATURE OF AUSA: _____

Revised 9/22/2020